# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Keith Steele | ) | Case No: 3:03CR00009-001 |
| | ) | USM No: 07224-043 |
| Date of Original Judgment: 02/05/2004 | ) | |
| Date of Previous Amended Judgment: | ) | Rebecca Hudsmith, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___110 months___ months **is reduced to** ___time served___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___02/05/2004___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___11/28/2011___

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James J. Brady, U.S. District Judge
*Printed name and title*